UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-61118-RSR

NAJLA ABU JABER, individually,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS,
L.L.C., a foreign limited liability company,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff NAJLA ABU JABER and Defendant LEADING EDGE RECOVERY SOLUTIONS, L.L.C. hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

Respectfully submitted this 17th day of June, 2013.

                                            BRET L. LUSSKIN, Esq.
                                            *Attorney for Plaintiff*
                                            1001 N. Federal Hwy., Ste 106
                                            Hallandale Beach, Florida 33009
                                            Telephone: (954) 454-5841
                                            Facsimile: (954) 454-5844
                                            blusskin@lusskinlaw.com

                                            By: /s/ Bret L. Lusskin, Esq.
                                                  Bret L. Lusskin, Esq.
                                                  Florida Bar No. 280690

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of June, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                    BRET L. LUSSKIN, Esq.
                    *Attorney for Plaintiff*
                    1001 N. Federal Hwy., Ste 106
                    Hallandale Beach, Florida 33009
                    Telephone: (954) 454-5841
                    Facsimile: (954) 454-5844
                    blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
      Bret L. Lusskin, Esq.
      Florida Bar No. 28069