UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61118-CIV-ROSENBAUM/HUNT

NAJLA ABU JABER,

       Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC,

       Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon Plaintiff's Notice of Settlement and Stipulation for Dismissal with Prejudice [D.E. 7]. Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., it is hereby **ORDERED and ADJUDGED** that Plaintiff's stipulation is approved, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees and costs except as otherwise agreed by the parties. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of June 2013.

                                ROBIN S. ROSENBAUM
                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record